**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2019**

ROSARIO A. FIORANI, JR., a/k/a Ross A. Fiorani, Jr.,

Plaintiff - Appellant,

v.

CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE AUTO
FINANCE, INC., Corp. Ofc. Jane & John Does 1-25; LINDSAY AUTOMOTIVE
GROUP, d/b/a Lindsay CJD & Ram, a/k/a John Does X, Y, & Z; GREENWOOD
RECOVERY, INCORPORATED; LEESBURG AUTO IMPORT,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George L. Russell, III, District Judge.  (1:19-cv-02456-GLR)

Submitted:  February 26, 2020                          Decided:  March 26, 2020

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., seeks to appeal the district court's order denying leave to proceed in forma pauperis. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). An order denying "a motion to proceed *in forma pauperis* is an appealable[, interlocutory] order." *Roberts v. U.S. Dist. Court*, 339 U.S. 844, 845 (1950) (per curiam). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Fiorani's motion to proceed in forma pauperis. *See Dillard v. Liberty Loan Corp.*, 626 F.2d 363, 364 (4th Cir. 1980) (stating standard of review). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Fiorani v. Capital One Fin. Corp.*, No. 1:19-cv-02456-GLR (D. Md. filed Sept. 11, 2019, and entered Sept. 12, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*